**MICHAEL R. SNEDEKER**
Snedeker, Smith & Short
PMB 422, 4110 S.E. Hawthorne Blvd.
Portland, Oregon 97214
Telephone: (503) 234-3584
Fax: (503) 232-3215
e-mail: m.snedeker@comcast.net
**ELLEN C. PITCHER**
Attorney at Law
0324 Abernethy St.
Portland, OR 97239
(971) 717-6579
email: ellenpitcherlaw@yahoo.com
**Attorneys for Petitioner**
MATTHEW DWIGHT THOMPSON

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MATTHEW DWIGHT THOMPSON**<br><br>Petitioner,<br><br>v.<br><br>**JEFF PREMO**,<br>Superintendent, Oregon State Penitentiary,<br><br>Respondent. | Case No.: 6:15-cv-01313-AA<br><br>**DEATH PENALTY CASE**<br><br>ORDER REGARDING DATE FOR FILING THE INITIAL PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2254 |

Upon Motion of Petitioner Matthew Dwight Thompson, by and through his attorneys Michael R. Snedeker and Ellen C. Pitcher, this case

came before the Court regarding the due date for the filing of the initial Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. In light of issues including the completion of the filing of the state court record pursuant to Rule 81-3(i) of the Local Rules of Practice for the United States District Court for the District of Oregon, and receipt of the notification by counsel for Respondent, through Assistant Attorney General David Thompson, that they do not oppose counsel for Petitioner's requested due date, it is hereby ORDERED that:

The initial Petition for Writ of Habeas Corpus is to be filed on or before December 1, 2016, and that any petition filed on that date will be deemed timely pursuant to 28 U.S.C. § 2244(d).

Signed this 18 day of October, 2016.

_____
ANN AIKEN
United States District Judge


Proposed by:

s/ Ellen C. Pitcher
Ellen C. Pitcher
Of Attorneys for Petitioner